IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:10-cv-0004-MEF |
| ) | |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #20) filed on October 5, 2011 is overruled;

(2)  The Recommendation of the Magistrate Judge (Doc. #19) entered on September 19, 2011 is adopted;

(3)  That the petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is DENIED and this case is DISMISSED with prejudice, as this Court lacks jurisdiction to consider Frazier's claims for relief.

DONE this the 13th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE